**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SAM J. PEARSON, IV,

    Plaintiff,

vs.                                           Case No. 3:10cv380/MCR/EMT

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 16, 2010 (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 18th day of January, 2011.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE**